DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHARON KAY HOSELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00040 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| SHARON KAY HOSELEY, | Date:  October 20, 2008 |
| Defendant. | Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 8, 2008, **may be continued to October 20, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR M. SCOTT
                                              United States Attorney

DATED: September 4, 2008                By  /s/ Mark J. McKeon
                                                      MARK J. McKEON
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 4, 2008                By  /s/ Marc Days
                                                      MARC DAYS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                              SHARON KAY HOSELEY

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 5, 2008**            /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE