1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MARC DAYS, CA Bar #184098
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SHARON KAY HOSELEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00040 AWI
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING;  ORDER
13        v.                           )
                                       )
14  SHARON KAY HOSELEY,                )   Date:   November 10,  2008
                                       )   Time:  9:00 A.M.
15              Defendant.             )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____ )

17

18        **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for October 20, 2008, **may be continued to November 10, 2008 at 9:00 a.m.**

21        This continuance is requested by counsel for the defendant to allow additional time for defense

22  investigation and further plea negotiation prior to hearing.  The parties are engaged in settlement

23  negotiations and anticipate the matter will resolve at the next court hearing.  Ms. Hoseley resides in Idaho.

24  Because of the time, distance and expense involved, travel to Fresno for multiple court appearances would

25  be both a financial and personal hardship.  The requested continuance will conserve time and resources for

26  both counsel, the defendant, and the court.

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3  3161(h)(8)(B)(i) and (iv).

4                                              McGREGOR M. SCOTT
                                               United States Attorney
5

6  DATED:  October 14, 2008                 By   /s/ Mark J. McKeon
                                               MARK J. McKEON
7                                              Assistant United States Attorney
                                               Attorney for Plaintiff
8

9                                              DANIEL J. BRODERICK
                                               Federal Defender
10

11  DATED:  October 14, 2008                 By   /s/ Marc Days
                                               MARC DAYS
12                                             Assistant Federal Defender
                                               Attorney for Defendant
13                                             SHARON KAY HOSELEY

14

15                                    **ORDER**

16    **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

17  3161(h)(8)(B)(i) and (iv).

18

19  IT IS SO ORDERED.

20  **Dated:   October 15, 2008**              _/s/ Anthony W. Ishii_
                                               CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28