1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SHARON KAY HOSELEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00040 AWI
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; ORDER
13         v.                        )
                                    )
14 SHARON KAY HOSELEY,              )   Date:  December 1, 2008
                                    )   Time:  9:00 A.M.
15         Defendant.                )   Judge: Hon. Anthony W. Ishii
                                    )
16 _____  )

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for November 10, 2008, **may be continued to December 1, 2008 at 9:00 a.m.**

21         This continuance is requested by counsel for the defendant because the parties are engaged in plea

22 negotiations and anticipate resolution, but further discussions are necessary.  A continuance will allow

23 time for the parties to reach an agreement and avoid the need for Ms. Hoseley to drive to Fresno from

24 Idaho without a resolution which will be forthcoming.  Because of the time, distance and expense

25 involved, travel to Fresno for multiple court appearances would be both a financial and personal hardship.

26 The requested continuance will conserve time and resources for both counsel, the defendant, and the court.

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: November 4, 2008     By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: November 4, 2008     By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
SHARON KAY HOSELEY

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 6, 2008**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE