1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  SHARON KAY HOSELEY

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00040 AWI
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE HEARING;  ORDER
13         v.                         )
                                      )
14 SHARON KAY HOSELEY,                )   Date:  January 12, 2009
                                      )   Time:  9:00 A.M.
15              Defendant.            )   Judge: Hon. Anthony W. Ishii
                                      )
16 _____    )

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for December 1, 2008, **may be continued to January 12, 2009, at 9:00 a.m.**

21         This continuance is requested by counsel for defendant to allow additional time for defense

22 preparation and further negotiations.  The parties anticipate a plea and the government is investigating loss

23 amount based on information provided by the defense for the purpose of making an offer. The requested

24 continuance will avoid the need for Ms. Hoseley, the care provider for her elderly and infirmed sister, to

25 drive from Idaho to Fresno for the scheduled status conference and conserve time and resources for both

26 counsel, the defendant, and the court.

27 ///

28 //1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                         McGREGOR M. SCOTT
                                                         United States Attorney

DATED: November 24, 2008                    By  /s/ Mark J. McKeon
                                                         MARK J. McKEON
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff

                                                         DANIEL J. BRODERICK
                                                         Federal Defender

DATED: November 24, 2008                    By  /s/ Marc Days
                                                         MARC DAYS
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         SHARON KAY HOSELEY

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 1, 2008**                  /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                                -2-