| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | MARC DAYS, CA Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SHARON KAY HOSELEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00040 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | |
| SHARON KAY HOSELEY, | ) | Date: April 27, 2009 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for March 23, 2009, **may be continued to April 27, 2009, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation prior to the hearing. The requested continuance will conserve time and resources for both counsel, the defendant, and the court.

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Exclusion of time to complete sentencing is not required. | |
| 2 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 4 | DATED: March 18, 2009 | By  /s/ Mark J. McKeon<br>MARK J. McKEON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 | | DANIEL J. BRODERICK<br>Federal Defender |
| 9 | DATED: March 18, 2009 | By  /s/ Marc Days<br>MARC DAYS<br>Assistant Federal Defender<br>Attorney for Defendant<br>SHARON KAY HOSELEY |

## ORDER

IT IS SO ORDERED.

**Dated: March 20, 2009**     /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE